*State, Respondent, v. Benson, Petitioner*, No. 93318-9. Petition for review of a decision of the Court of Appeals, No. 73026-6-I, May 31, 2016, 194 Wn. App. 1016. *Denied* November 2, 2016.

*State, Respondent, v. Norman, Petitioner*, No. 93320-1. Petition for review of a decision of the Court of Appeals, No. 75031-3-I, June 6, 2016, 194 Wn. App. 1023. *Denied* November 2, 2016.

*JPMorgan Chase Bank, N.A., Respondent, v. Stehrenberger, Petitioner*, No. 93321-9. Petition for review of a decision of the Court of Appeals, No. 73493-8-I, April 25, 2016, 193 Wn. App. 1035. *Denied* November 2, 2016.

*State, Respondent, v. Lawler, Petitioner*, No. 93323-5. Petition for review of a decision of the Court of Appeals, No. 46593-1-II, May 25, 2016, 194 Wn. App. 275. *Denied* November 2, 2016.

*State, Respondent, v. DeLong, Petitioner*, No. 93325-1. Petition for review of a decision of the Court of Appeals, No. 72829-6-I, May 23, 2016, 194 Wn. App. 1008. *Denied* November 2, 2016.

*Cohen, Petitioner, v. Carr et al., Respondents*, No. 93330-8. Petition for review of a decision of the Court of Appeals, No. 72718-4-I, January 25, 2016, 192 Wn. App. 1025. *Denied* November 2, 2016.

*Woolcott, Petitioner, v. City of Seattle, Respondent*, No. 93332-4. Petition for review of a decision of the Court of Appeals, No. 73514-4-I, May 23, 2016, 194 Wn. App. 1009. *Denied* November 2, 2016.

*City of Airway Heights, Petitioner, v. E. Wash. Growth Mgmt. Hr'gs Bd. et al., Respondents*, No. 93334-1. Petition for review of a decision of the Court of Appeals, No. 33083-4-III, April 12, 2016, 193 Wn. App. 282. *Denied* November 2, 2016.